**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG  **This Document Relates to:** The Cases Listed in the Table of Cases Below. |

**ORDER**

Before the Court is the Federal Government's motion to stay. (Dkt. No. 8340). On October 1, 2025, appropriations for funding the Department of Justice and other Federal Government operations lapsed. Because the Department of Justice is prohibited from engaging in its duties—including litigation activities—without appropriations, it seeks a stay of this action. *See* 31 U.S.C. § 1342. The Court has reviewed the briefing related to the United States' motion to stay and, upon good cause shown in light of the lapse of appropriations, hereby **GRANTS** the motion. (Dkt. No. 8340). The cases in the following table are hereby **STAYED** until Congress has appropriated funds for the Department of Justice, and all pending deadlines in the stayed cases are extended for the same number of days as the lapse in funding.

| Table of Cases | |
|---|---|
| **Case Caption** | **Case Number** |
| *City of Newburgh v. United States of America et al.* | 2:18-cv-3358-RMG |
| *City of Westfield, Massachusetts v. 3M Company et al.* | 2:18-cv-3435-RMG |
| *County of Suffolk v. United States of America* | 2:19-cv-1181-RMG |
| *Fiattarone et al. v. United States of America et al.* | 2:19-cv-1119-RMG |
| *Security Water District et al. v. USA* | 2:19-cv-2187-RMG |

1

| | |
|---|---|
| *Atlantic City Municipal Utilities Authority v. 3M Company et al.* | 2:19-cv-1223-RMG |
| *Lakewood Water Dist. v. United States of America et al.* | 2:20-cv-2899-RMG |
| *City of Airway Heights v. United States of America et al.* | 2:20-cv-1763-RMG |
| *Town of New Windsor et al. v. United States of America et al.* | 2:21-cv-1496-RMG |
| *City of DuPont v. United States of America et al.* | 2:21-cv-3284-RMG |
| *City of Birmingham, Alabama v. 3M Company et al.* | 2:21-cv-00606-RMG |
| *City of Montgomery Alabama v. 3M Company et al.* | 2:22-cv-04296-RMG |
| *City of Mobile Alabama v. 3M Company et al.* | 2:23-cv-04044-RMG |
| *Manchester Township New Jersey Department of Public Works & Utilities v. 3M Company et al.* | 2:23-cv-06349-RMG |
| *Liberty Utilities Litchfield Park Water & Sewer Corp. v. 3M Company et al.* | 2:23-cv-2627-RMG |
| *Town of Marana v. United States of America* | 2:24-cv-5962-RMG |
| *Art Schaap et al. v. United States of America et al.* | 2:24-cv-7040-RMG |
| *Village of Johnson City v. United States of America* | 2:24-cv-1216-RMG |
| *City of Ceiba Puerto Rico v. 3M Company et al.* | 2:24-cv-4110-RMG |
| *Barnstable Fire District v. United States of America* | 2:25-cv-159-RMG |
| *Town of Plattsburgh v. United States of America* | 2:25-cv-2750-RMG |
| *City of Fort Worth v. United States et al.* | 2:25-cv-2636-RMG |

**AND IT IS SO ORDERED.**

                                                <u>s/ Richard Mark Gergel</u>
                                                HONORABLE RICHARD MARK GERGEL
                                                United States District Judge

October 31, 2025
Charleston, South Carolina